**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| YUNG-KAI LU, | ) | |
| | ) | |
|        **Plaintiff,** | ) | |
| **vs.** | ) | **No. 3:16-CV-2774-M (BH)** |
| | ) | |
| GARY NG, | ) | |
|        **Defendant.** | ) | **Referred to U.S. Magistrate Judge** |

**ORDER**

Pursuant to *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management. On November 9, 2016, it was recommended that this action be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute or comply with a court order pay the filing fee or file a motion for leave to proceed *in forma pauperis* within twenty-one days as ordered. (*See* doc. 11.) Now before the Court is the plaintiff's *Motion to Postpone the Response of Reopen the Case*, received November 29, 2016 (doc. 13). It contends that he did not receive the Court's orders because of an error in his address and that he has now registered to receive filings via the electronic case filing (ECF) system. It also seeks a continuance of two weeks to review court documents and comply with the any orders.

The motion for an extension of two weeks to comply with the order to pay the filing fee or file a motion for leave to proceed *in forma pauperis* is **GRANTED**. The plaintiff must pay the filing fee or file a motion for leave to proceed *in forma pauperis* no later than December 19, 2016. The November 9, 2016 findings, conclusions, and recommendation for dismissal are hereby **VACATED**.

**SO ORDERED this 5th day of December, 2016.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE