**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| YUNG-KAI LU, | ) |
| | ) |
|       Plaintiff, | ) |
| vs. | )   No. 3:16-CV-2774-M (BH) |
| | ) |
| GARY NG, | ) |
|       Defendant. | )   Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The *Summary of the Legal Procedure*, filed March 13, 2017 (doc. 23), in which the Plaintiff expressly moves for entry of default judgment, is **DENIED** without prejudice to refiling after Plaintiff seeks and obtains an entry of default.

    **SIGNED this 29th day of March, 2017.**

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE