IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| YUNG-KAI LU, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:16-CV-2774-M (BH) |
| ) | |
| GARY NG, ) | |
| Defendant. ) | Referred to U.S. Magistrate Judge |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The *Summary of the Legal Procedure*, filed March 2, 2017 (doc. 21), in which the plaintiff expressly moves for entry of default judgment, is **DENIED**.

SIGNED this 3d day of April, 2017.

BARBARA M. G. LYNN
CHIEF JUDGE