IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| YUNG-KAI LU, § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. 3:16-CV-2774-M (BH) |
| § | |
| GARY NG, § | |
| § | |
| Defendant. § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the defendant's *Motion to Dismiss for Failure to State a Cause of Action [and] Motion for Failure to Plead Properly* (doc. 25), filed March 21, 2017, are **GRANTED in part** and **DENIED in part.** The plaintiff's claim against the defendant for engaging in the unauthorized practice of law is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

**SIGNED** this 14th day of December, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE